183 P.3d 544

**Kristen–Marie L. MYERS**

v.

**HOFFMAN–LA–ROCHE INC. et al.**

**No. CV–07–0423–PR.**

Supreme Court of Arizona.

April 22, 2008.

FURTHER ORDERED: Petition for Review by Appellee Mary F. Fredenberg, M.D. = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pur-

suant to Rule 111(g), Arizona Rules of the Supreme Court.

Justice BALES did not participate in the determination of this matter.